# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PATRICK A. JONES & SHARRIE A. JONES  Case Number: 06-72333
1645 - 10TH AVENUE
ROCKFORD, IL  61104
SSN-xxx-xx-3802 & xxx-xx-0052

Case filed on: 12/8/2006
Plan Confirmed on: 3/5/2007
C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,252.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LEGAL HELPERS PC | 3,000.00 | 3,000.00 | 1,500.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,500.00 | 0.00 |
| 013 | CAPITAL MANAGEMENT SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CCB CREDIT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | DENNIS BREBNER & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | INFINITY HEALTHCARE PHYSICIANS SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | LAW OFFICES OF MITCHELL N. KAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | NATIONAL ASSET RECOVERY, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | NCO FINANCIAL SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | ROCKFORD MERCANTILE AGENCY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | THE CBE GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PATRICK A. JONES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HOMECOMINGS FINANCIAL | 14,513.50 | 417.53 | 417.53 | 0.00 |
| 002 | KROPIK PAPUGA & SHAW | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 14,513.50 | 417.53 | 417.53 | 0.00 |
| 003 | ACCOUNTS RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACCOUNTS RECEIVABLE MG | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACCT RVC SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ACCOUNTS RECOVERY SERVICE | 734.82 | 73.48 | 16.28 | 0.00 |
| 007 | ACCT RCV SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIED BUSINESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ASSOC. NATIONAL COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CACH LLC | 985.71 | 98.57 | 21.84 | 0.00 |
| 012 | CAPITAL ONE | 566.77 | 56.68 | 12.56 | 0.00 |
| 015 | COLUMBUS BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDITORS PR | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDITORS PROTECTION SERVICE, INC | 1,398.45 | 139.84 | 30.98 | 0.00 |
| 018 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PREMIER BANKCARD/CHARTER | 370.84 | 37.08 | 8.21 | 0.00 |
| 021 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | I.C. SYSTEMS INC o/b/o LYDIA SAVIC MD | 58.60 | 5.86 | 1.30 | 0.00 |
| 023 | IHC SWEDISH AMERICAN EMERGENCY PHYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | JAMIE L MILOS, DDS PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | LUNDHOLM SURGICAL GROUP LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | M.R.S. ASSOCIATES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MIDLAND CRED | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MUTUAL MANAGEMENT SERVICES | 374.06 | 37.41 | 8.29 | 0.00 |
| 031 | MUTUAL MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MUTUAL MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | MUTUAL MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | NCO - MARLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | NET 1ST NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | NICOR GAS | 126.60 | 12.66 | 2.80 | 0.00 |
| 039 | OMNI CR SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | R&B REC MGT | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | R&B REC MGT | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | R&B REC MGT | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | R&B REC MGT | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | RADIOLOGY CONSULTANTS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | ROCKFORD MER | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | ROCKFORD MERCANTILE AGENCY INC | 521.37 | 52.14 | 11.55 | 0.00 |
| 048 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | SWEDISH AMERICAN HOSPITAL | 2,658.65 | 265.86 | 58.89 | 0.00 |
| 051 | SWEDISH AMERICAN ER PHYSICIANS | 1,100.89 | 110.09 | 24.38 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 052 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 8,896.76 | 889.67 | 197.08 | 0.00 |
| | Grand Total: | 26,410.26 | 4,307.20 | 2,114.61 | 0.00 |

Total Paid Claimant:    $2,114.61
Trustee Allowance:    $137.39
Percent Paid Unsecured:    22.15

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　/s/ Lydia S. Meyer　　　　
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007　　　　　By  /s/Heather M. Fagan